PearsoN, J.
 

 Under the will of Daniel Eogers, the land and slave mentioned in the pleadings vested in thq defendant Isaac, in trust to hold the same and receive the profits, and after paying the annual taxes, “ to apply the residue of the profits to the sole and exclusive use and benefit” of the other defendant, ’William. It was, no doubt, the wish of the testator to bestow this bounty upon bis son in such a manner that the creditors could not reach it, but he has failed of his purpose, for William takes a trust estate which is recognized and enforced by law. It is a universal rule that whenever a man is entitled to an estate, either
 
 legal
 
 or equitable, it may be subjected to the payment of debts. There will Ido a decree for the plaintiff.
 

 Whether the defendant Isaac is entitled to retain a portion of the fund by way of refunding the amount he has expended in
 
 “
 
 defending the many law-suits against William, and for advice in the management of the fund,” may be presented on a motion for further directions after the fund is brought in.
 

 Per Curiam, - Decree accordingly.